August DeLuca and Pietro Alvino, Appellants, v. Stephen Fontana and Mattia Locatelli New York Branch, Inc., Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of H. C. F. Koch and Co., Inc., Petitioner, against John F. Hylan and Others, Respondents.— Order of certiorari dismissed and determination of respondents confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of Max L. Schallek and Others, as Executors of and Trustees under the Last Will and Testament, and Codicil Thereto of Emil E. Camerer, Deceased. Louis C. Haggerty, Special Guardian for Dorothy Camerer and David Camerer, Infants, Appellant.— Decree so far as appealed from modified by reducing the amount of counsel fee to the sum of $5,000, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Torquay Corporation, Individually and on Behalf of Other Stockholders of the Chelsea Exchange Corporation, Similarly Situated, Respondent, v. Chelsea Exchange Corporation and Others, Defendants, Impleaded with Edward S. Rothchild and Lewis H. Rothchild, Appellants.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Metropolitan Life Insurance Company, Respondent, v. 1133 Broadway Corporation, Appellant, and Others, Defendants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Elizabeth Korkus, Respondent, v. Bernard Kramer and Others, Copartners, Doing Business under the Firm Name and Style of Kramer Bros. & Kirschner, Appellants.* — Judgment and order reversed, with costs, and the motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Merrell, J., dissents and votes for affirmance.

Frank Goldberg, Appellant, v. William F. Heide and Others, Individually and as Trustees for the Benefit of Marie Heide and Remaindermen under a Declaration of Trust, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Fred A. Apfelbaum, Individually, in Behalf of Himself and All Other Stockholders of the Defendant United Founders Corporation Similarly Situated, Respondent, v. United Founders Corporation and Others, Appellants, Impleaded with Others.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Schering & Glatz, Inc., Appellant, v. American Pharmaceutical Company (Inc.) and Philip Kachurin, Respondents, Impleaded with Another.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

* Appeal withdrawn, 264 N. Y. 602.